UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

                Docket No.:  1:11-cr-00614-VM-19

      Plaintiff,               NOTICE OF APPEARANCE

    -against-

OSCAR ZELEDON

      Defendant.
-------------------------------------------------------X

PLEASE TAKE NOTICE that JOSEPH J. FERRANTE does hereby enter his appearance on behalf of Defendant OSCAR ZELEDON.  Any and all correspondence, documents, notices and filings should be forwarded to JOSEPH FERRANTE, ESQ. at 1393 Veteran's Memorial Highway, Suite 312 North, Hauppauge, New York 11788.

Dated:  Hauppauge, New York
        January 25, 2012

                                            Respectfully submitted,

                                            Joseph Ferrante/JF 4405
                                            1393 Veteran's Memorial Highway
                                            Suite 312 N
                                            Hauppauge, New York 11788
                                            (631) 361-5360
                                            (631) 361-5365