# KEAHON, FLEISCHER, DUNCAN & FERRANTE
### ATTORNEYS AT LAW
1393 VETERANS MEMORIAL HIGHWAY - SUITE 312 NORTH
HAUPPAUGE, NY 11788

William J. Keahon
George H. Duncan
Craig J. Fleischer
Joseph J. Ferrante

TELEPHONE: (631) 361-5360
TELECOPIER: (631) 361-5365
Keahonpc@hotmail.com

October 16, 2012

By Fax 212-805-6382
Honorable Victor Marerro
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/12

Re:   United States v. Oscar Zeledon
      S1 11 Cr. 614 (VM)

Dear Honorable Judge,

I am respectfully requesting that my client Oscar Zeledon be sentenced at 9:00 on Friday October 19th. I am doing so because my client has been in custody for an equal amount of time to the high end of the guidelines recommendation and in fact, the probation report's suggested sentence is time served. My client is being held on an immigration detainer and will more than likely be moved to an immigration facility and away from the MCC.

I spoke with Ryan Harris last night and he suggested the above date and AUSA Dan Chung has consented to the first available sentencing date. We anticipate this to be a very short sentencing hearing.

Thank you in advance for your courtesy.

Joseph Ferrante

Request GRANTED. The sentencing of defendant Oscar Zeledon herein is rescheduled to 10-19-12 at 9:00 a.m.

SO ORDERED.

10-16-12
DATE        VICTOR MARRERO, U.S.D.J.