UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

OSCAR ZELEDON,

              Defendant.

11 CR. 614 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Pursuant to the Court's decision at the sentencing hearing, held on October 19, 2012 at which Oscar Zeledon was sentenced to time served with two years of supervised release, it is hereby

**ORDERED** that the United States Marshall Service release Mr. Zeledon forthwith.

SO ORDERED:

Dated:    New York, New York
             19 October 2012

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/12